AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| VICTORIA M., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:25-cv-00291-EFS |
| | ) |
| | ) |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The ALJ's nondisability decision is REVERSED, and thismatter is REMANDED to the Commissioner of SocialSecurity for further proceedings pursuant to sentence fourof 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Edward F. Shea _____

Date:   March 23rd, 2026 _____

CLERK OF COURT

s/Sean F. McAvoy _____
*Signature of Clerk*